# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OLAF OLSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Case No. 05-855-MJR-PMF |
| ) | |
| DR. ADEYEMI FATOKI, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**FRAZIER, Magistrate Judge:**

Before the Court is plaintiff's motion for disclosure and discovery (Doc. No. 46). This motion is opposed. To the extent plaintiff seeks production of documents for inspection and copying, he is ADVISED to send those requests to the attorney representing the appropriate defendant. Fed. R. Civ. P. 34(a). To the extent plaintiff seeks an order directing a defendant to prepare photocopies without charge, the request lacks legal support and is DENIED. There is no authority to shift discovery expenses to an opposing party in a civil action. 28 U.S.C. § 1915; *Marozsan v. U.S.*, 90 F.3d 1284 (7th Cir. 1996). *McNeil v. Lowney*, 831 F.2d 1368, 1373 (7th Cir. 1987). Rather, plaintiff may recover some of his litigation expenses in the event that his suit is successful. 28 U.S.C. § 1920.

Plaintiff's motion for additional time to pursue discovery and file dispositive motions (Doc. No. 47) is GRANTED. The discovery deadline is EXTENDED to April 9, 2007. The dispositive motion deadline is EXTENDED to May 9, 2007.

SO ORDERED:   January 9, 2007   .

*s/ Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**